GARY M. RESTAINO
United States Attorney
District of Arizona
ARON KETCHEL
Assistant U.S. Attorney
Arizona State Bar No. 038421
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone: 602-514-7500
Email: aron.ketchel@usdoj.gov
Attorneys for Plaintiff

☒ FILED   ☐ LODGED

**Jan 06 2025**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Jacqueline Alaniz Espino,<br><br>　　　　　Defendant. | No.　CR-25-00009-PHX-MTL (ASB)<br><br>**I N F O R M A T I O N**<br><br>**VIO:** 18 U.S.C. § 666(a)(1)(B)<br>　　　(Bribery Concerning Programs<br>　　　Receiving Federal Funds)<br>　　　Count 1 |

THE UNITED STATES ATTORNEY'S OFFICE CHARGES:

**COUNT ONE**

1.　Between in or about August 2021 and September 2021, in the District of Arizona, defendant JACQUELINE ALANIZ ESPINO, an agent of the Arizona Department of Economic Security ("DES"), corruptly solicited and demanded for the benefit of herself, and agreed to accept, something of value from a person, intending to be influenced and rewarded in connection with a business, transaction, and series of transactions of DES having a value of $5,000 or more. Specifically, defendant ESPINO solicited, demanded, and agreed to accept from Individual 1 payments totaling approximately $3,000, intending

///

///

///

to be influenced and rewarded in connection with arranging for Individual 1 to receive $12,963 in unemployment insurance and Pandemic Unemployment Assistance from DES.

In violation of Title 18, United States Code, Section 666(a)(1)(B).

Dated this January 6, 2025.

GARY M. RESTAINO
United States Attorney
District of Arizona

*Digitally signed by ARON KETCHEL*
*Date: 2025.01.06 11:31:29 -07'00'*

ARON KETCHEL
Assistant U.S. Attorney